# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc  Wietzke, Esq.
Admitted in NY & NJ                                                    Offices throughout the Northeast
_____                                                                Toll Free: (866) 877-FELA

Michael Flynn, Esq., Of Counsel


April 30, 2015


United States Court of Appeals
For the Second Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

Attention:  Lisa Greenberg, Circuit Mediator

RE:  JOSEPH HERNANDEZ V. METRO-NORTH
        Docket Number:  15-327

Dear Ms. Greenberg:

We represent Joseph Hernandez in the above-captioned matter scheduled for a
CAMP conference on Tuesday, May 5, 2015 at 10:30 AM.  I write to request a
brief adjournment since I am scheduled to be in California with my family for both
business and vacation from May 2, 2015 through May 9.  I have spoken with
defense counsel, Josh Fay, Esq. and he has no objection to the adjournment.

Consequently, it is respectfully requested that the CAMP conference be adjourned.

Respectfully requested,

Marc Wietzke

MW:EF
Cc:  Josh Fay, Esq.